IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. NO. 25-214 JB |
| vs. | ) | |
| JOSHUA MONTANO, | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, Joshua Montano, the above named Defendant, who is accused of violating 18 U.S.C. § 1962(d), that being RICO Conspiracy; 18 U.S.C. § 666(a)(2), that being Receiving a Bribe as an agent of an Organization Receiving Federal Funds; 18 U.S.C. § 1951(a), that being Interference with Commerce by Extortion Under Color of Official Right; and 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on February 7, 2025, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
JOSHUA MONTANO
Defendant

_____
LISA TORRACO
Attorney for Defendant

Before: 2/7/2025

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE